Prob 12
(D/VT Rev. 11/16)

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2017 AUG 29 AM 8: 55

CLERK

BY

# UNITED STATES DISTRICT COURT
## For The
## DISTRICT OF VERMONT

U.S.A. vs. Von Simmonds

Docket No. 5:13-CR-42-01

## Petition on Probation and Supervised Release

COMES NOW LOUIS A. STAZI, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Von Simmonds, who was placed on supervision by the Honorable Christina Reiss sitting in the Court at Burlington, on the 25th day of February, 2015, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> **The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol. The defendant shall contribute to the cost of services rendered in an amount to be determined by the probation officer based on ability to pay or the availability of third party payment. The defendant shall refrain from the use of alcohol and other intoxicants during and after treatment.**

> **The defendant shall submit his person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. Section 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
(if short insert here; if lengthy write on separate sheet and attach)

1. **The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. (Standard Condition #7)**

    On or about June 28, 2017, Von Simmonds used marijuana as evidenced by his admission to the U.S. Probation Officer on July 5, 2017, and his July 5, 2017, and July 6, 2017, urine specimens which tested positive for cannabinoids.

2. **The defendant shall not commit another federal, state or local crime. (General Condition)**

   On or about June 2, 2017, Von Simmonds committed the crime of Aggravated Assault, in violation of Title 13, Vermont Statutes Annotated § 1024(a)(1), as evidenced by the finding of probable cause in Vermont State Court (Docket No.: 2079-6-17), and the Affidavit written by Burlington, Vermont Police Detective Jason Bellavance (Incident No: 17BU13592).

PRAYING THAT THE COURT WILL ORDER THE ISSAUNCE OF A SUMMONS TO SHOW CAUSE WHY HIS TERM OF SUPERVISED RELEASE SHOULD NOT BE REVOKED.

ORDER OF COURT

Considered and ordered this __29th__ day of __August__, 20__17__ and ordered filed and made a part of the records in the above case.

/s/ Christina Reiss
U.S. District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2017

Louis A. Stazi
U.S. Probation Officer
Place: Burlington

Date: August 28, 2017