# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

**U.S. Department of Justice**
United States Marshals Service

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2017 SEP -5 AM 9:03

CLERK

BY _____
DEPUTY CLERK

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States | 5:13-cr-42 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Von Simmonds | Summons in a Criminal Case* |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Von Simmonds
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
[redacted]

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jeffrey J. Jarvis, Deputy Clerk
U.S. District Court
11 Elmwood Avenue
Burlington, VT 05401

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

*Petition on Probation and Supervised Release

Signature of Attorney other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER

DATE: 8/29/17

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 | No. 082 | No. 082 | Kim M. Kent | 8/29/2017 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Address *(complete only different than shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

| Date | Time | |
|---|---|---|
| 8/31/17 | 1240 | ☐ am ☐ pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

District of Vermont

| United States of America | ) |
|---|---|
| v. | ) |
| Von Simmonds | ) Case No. 5:13cr42-1 |
| | ) |
| | ) |
| Defendant | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☒ Violation Notice   ☐ Order of Court

| Place: | U.S. District Court<br>11 Elmwood Ave.<br>Burlington, VT   05042 | Courtroom No.: 440 |
|---|---|---|
| | | Date and Time: 09/07/2017 10:00 am |

This offense is briefly described as follows:
On or about 6/28/2017, Von Simmonds used marijuana as evidenced by his admission to the U.S. Probation Officer on 7/5/2017, and his 7/5/2017, and 7/6/2017, urine specimens which tested positive for cannabinoids.

On or about 6/2/2017, Von Simmonds committed the crime of Aggravated Assault, in violation of 13 V.S.A. 1024(a)(1), as evidenced by the finding of probable cause in VT State Court (Docket No. 2079-6-17), and the Affidavit written by Burlington, VT Police Detective Jason Bellavance (Incident No. 17BU13592)

Date:   08/29/2017

_Issuing officer's signature_

Jeffrey J. Jarvis-Deputy Clerk
_Printed name and title_

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons        ☐ Returned this summons unexecuted

Date:  8/31/17

_Server's signature_

David A. Rice   DUSM
_Printed name and title_